O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>THE JANKOVICH COMPANY and LLOYD'S SYNDICATE 1607, in personam,<br><br>    Defendant. | Case No. CV 10-02161 DDP (FMOx)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR STAY AND SETTING BRIEFING SCHEDULE**<br><br>[Motion filed on 7/26/11] |

Good cause appearing, the court GRANTS Defendant The Jankovich Company's ("Jankovich") *Ex Parte* Application for a Stay of Magistrate Judge Olguin's Order Re: Discovery Motion (Dkt. No. 129). Magistrate Judge Olguin's order is hereby STAYED pending Jankovich's forthcoming motion for review of the order. Any such motion shall be filed by July 29, 2011. Any opposition shall be filed by August 2, 2011. Any reply shall be filed by August 4, 2011. The motion shall be heard, if necessary, on August 8, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 28, 2011

DEAN D. PREGERSON
United States District Judge