O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 10-02161 DDP (FMOx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER RE: PRODUCTION OF TEST RESULTS** |
| THE JANKOVICH COMPANY and LLOYD'S SYNDICATE 1607, in personam, | ) | [Motion filed on 7/29/11] |
| Defendant. | ) | |

This matter comes before the court on Defendant The Jankovich Company ("Jankovich")'s Motion for Review of Magistrate Judge Olguin's Order Re: Discovery Motion (Dkt. No. 134). As discussed in Magistrate Judge Olguin's Order (Dkt. No. 128), Plaintiff seeks oil samples and information related to oil samples from Jankovich.

As an initial matter, the court notes that Magistrate Judge Olguin did not clearly err in his factual findings. Questions regarding attorney-client privilege and the work-product doctrine are reviewed de novo. United States v. Richey, 623 F.3d 559, 563-564 (9th Cir. 2011); Anderson v. McKesson HBOC, Inc., 2005 WL 934331 at *3 (N.D. Cal. 2005).

Here, the parties clarified, as reflected on the record, that much of the discovery sought is objective laboratory data resulting from analysis of oil samples. Many, if not all, of those oil samples have since been destroyed, and are no longer available for testing. Under these exceptional circumstances, the parties have a substantial need for the objective data that has been already been gathered. Because each party is able to independently analyze laboratory results, neither party requires information related to the opposing party's interpretation of scientific data. Furthermore, the court's preference for resolution of disputes on the merits weighs in favor of production of the objective data, which will not prejudice either party.

Accordingly, both parties are ordered to produce all objective laboratory data regarding oil samples. Any such information shall be produced in both hard copy and electronic format by September 9, 2011.

IT IS SO ORDERED.

Dated: September 1, 2011

DEAN D. PREGERSON
United States District Judge