O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 10-02161 DDP (FMOx) |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR FULL DISCOVERY IN PART** |
| v. | ) | |
| THE JANKOVICH COMPANY and LLOYD'S SYNDICATE 1607, in personam, | ) | |
| | ) | [Dkt. No. 164] |
| Defendants. | ) | |

As discussed in this court's earlier orders, Plaintiff has sought discovery regarding oil samples taken from Defendant the Jankovich Company ("Jankovich")'s fuel barge. Throughout the course of this litigation, Jankovich has maintained that it retained Saybolt Laboratories ("Saybolt") as a consulting expert. (Reply at 8.) Oil samples sent to Saybolt, however, were inadvertently destroyed. Due to this exceptional circumstance, on September 1, 2011 the court ordered both parties to disclose all objective laboratory data regarding the destroyed samples. (Dkt. No. 144.)

///

Jankovich proceeded to produce to Plaintiff an antiquated computer disk containing unreadable data files. Jankovich maintains that it is also unable to access its own purported expert's files.[1] It appears to the court that Jankovich's lack of cooperation has, at least in part, frustrated the purposes of this court's September 1 order. Alternative methods having failed, the court GRANTS Plaintiff's Ex Parte Application in part. Plaintiff shall be allowed to take a full discovery deposition of Saybolt, and shall be allowed to obtain Saybolt's entire file related to the Jankovich fuel samples. The court declines to grant Plaintiff access to Jankovich's file at this stage.

IT IS SO ORDERED.

Dated: October 25, 2011

DEAN D. PREGERSON
United States District Judge

---

[1] Though the court does not now revisit the earlier conclusion that Saybolt was retained as a non-testifying expert, newly submitted evidence suggests that Jankovich may not have retained Saybolt in preparation for trial and may not have instructed Saybolt to maintain the oil samples. (Declaration of Ken Nabi ¶¶ 2-5.)

2