O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 10-02161 DDP (FMOx) |
| Plaintiff, | ) |
| v. | ) **ORDER DENYING DEFENDANT'S EX PARTE APPLICATION** |
| THE JANKOVICH COMPANY and LLOYD'S SYNDICATE 1607, in personam, | ) [Dkt. No. 169] |
| Defendants. | ) |

Having considered the submissions of the parties, the court DENIES Defendant The Jankovich Company's Ex Parte Application for Reconsideration (Docket No. 169) as moot.

IT IS SO ORDERED.

Dated: October 31, 2011

DEAN D. PREGERSON
United States District Judge